IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT WALLACE,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**CITY OF PHILADELPHIA, et al.,**<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 25-290-KSM** |

## ORDER

**AND NOW** this 15th day of October, 2025, upon consideration of the City Defendants' Motion to Dismiss (Doc. No. 13), Plaintiff's opposition brief (Doc. No. 14), Defendant Pitt's Motion to Dismiss (Doc. No. 25), and Plaintiff's opposition brief (Doc. No. 32), it is **ORDERED** that the motions are **GRANTED** as follows:

1.  Counts One, Four, Six, and Seven are **DISMISSED WITHOUT PREJUDICE.**

2.  Counts Three and Five are **DISMISSED WITH PREJUDICE**.

3.  Count Two is **DISMISSED WITH PREJUDICE** to the extent it is based on Defendants' alleged failure to conduct an adequate investigation. The remainder of Count Two is **DISMISSED WITHOUT PREJUDICE.**

4.  Plaintiff may file an amended complaint if he can in good faith cure the deficiencies identified in the Court's accompanying Memorandum. Any amended complaint is due by **October 31, 2025.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**